Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY C. REDDICK, JR.,<br><br>   Plaintiff,<br>vs.<br><br>TERRY T. TROUNG, (REFEREE) with stated herein Defendants in her official capacity as Justice of Superior Juvenile Family Court of Los Angeles County, PATRICIA S. PLOEHN (Director), SHANTE G. CLARK, ALICIA FLORES, LORI HIROTA, DAVID BELL, VERGIE BOYKIN, JIMAH LITTLEFIELD, CHRISTINA NUNEZ, MARICRUZ TREVINO, THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Glendora California Office, et al.,<br><br>   Defendants. | Case No. CV 07-6586-RGK(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as plaintiff's objections, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Court abstains under *Younger* from considering plaintiff's constitutional claims against defendant Truong, and Judgment shall be entered dismissing without prejudice the complaint and action against defendant Truong; (3) the motion to quash service of process under Rule 12(b)(5) of all other defendants is granted, and Judgment should be entered dismissing the complaint and action against these defendants for lack of personal jurisdiction; and (4) plaintiff's supplemental state law claims are dismissed without prejudice, and Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on the plaintiff.

DATED:  MAY -5 2008

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

R&R\07-6586.ado
4/14/08