UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY C. REDDICK, JR.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TERRY T. TROUNG, (REFEREE) with stated herein Defendants in her official capacity as Justice of Superior Juvenile Family Court of Los Angeles County, PATRICIA S. PLOEHN (Director), SHANTE G. CLARK, ALICIA FLORES, LORI HIROTA, DAVID BELL, VERGIE BOYKIN, JIMAH LITTLEFIELD, CHRISTINA NUNEZ, MARICRUZ TREVINO, THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Glendora California Office, et al.,<br><br>　　　　　Defendants. | Case No. CV 07-6586-RGK(RC)<br><br>JUDGMENT |

   IT IS ADJUDGED that Judgment shall be entered dismissing the complaint and action without prejudice against Terry T. Truong.

   IT IS FURTHER ADJUDGED that Judgment shall be entered dismissing the complaint and action against all other defendants for lack of

1 | personal jurisdiction.

3 | IT IS STILL FURTHER ADJUDGED that Judgment be entered dismissing
4 | without prejudice plaintiff's supplemental state law claims.

6 | DATED: __MAY -5 2008__

```
                                    R. GARY KLAUSNER
                                 UNITED STATES DISTRICT JUDGE
```

R&R\07-6586.jud
4/14/08